U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUN 2 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICKEY A. GRIGSBY, SR. | CIVIL ACTION 05-1837-A |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| UNITED PARCEL SERVICE, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment, Doc. #26, is GRANTED and plaintiff's claims are ordered DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of June 2007.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**